473 A.2d 1016

**Rodney ALLISTON, et al., Appellants,**

v.

**CITY OF ALLENTOWN.**

Supreme Court of Pennsylvania.

Argued April 11, 1984.

Decided April 16, 1984.

Thomas J. Calnan, Jr., Allentown, for appellant.

Jack I. Kaufman, Allentown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

350

## ORDER

PER CURIAM.

AND NOW, this 16th day of April, 1984, this matter is hereby remanded to the arbitrator for clarification of the award. Jurisdiction is not retained by this Court.